Joshua Trigsted (13126)
Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
503-376-6774, ext. # 216
866-927-5826  facsimile
jtrigsted@attorneysforconsumers.com
*Attorney for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| LARRY AND DORINDA LAUER,<br><br>Plaintiffs,<br><br>v.<br><br>ZWICKER & ASSOCIATES, P.C.,<br><br>Defendant. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**Case no:  2:13-cv-00306-TC** |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Utah, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

Dated this 1st day of August, 2013.

                                                **TRIGSTED LAW GROUP, P.C.**

                                                _____s/Joshua Trigsted_____
                                                Joshua Trigsted
                                                *Attorney for the Plaintiff*

Filed electronically on this 1st day of August, 2013, with:

United States District Court CM/ECF system

Notification sent electronically via email on August 1, 2013, to:

Mr. Gregory Constantino

Constantino Law Office

8537 South Redwood Road

West Jordan UT 84088

greg@constantinolaw.com


By: s/Terri Parrish

    Terri Parrish